**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James SANTOS, Defendant–Appellant.**

**No. 11–11765**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 8, 2012.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Corey J. Smith, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Clyde M. Taylor, Jr., Taylor & Taylor, PA, Tallahassee, FL, for Defendant–Appellant.

James Santos, Raiford, FL, pro se.

Before CARNES, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Clyde M. Taylor, Jr., appointed counsel for James Santos in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Santos's conviction and sentence are **AFFIRMED.**